# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

**BENJAMIN BRAFMAN**

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

May 17, 2019

<u>VIA ECF</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Veliu, et al.</u>, 17 cr. 404 (KAM)

Dear Judge Matsumoto:

      We represent Dilber Kukic in the above-referenced matter. We write to: (1) inform the Court that we have been unable to resolve Mr. Kukic's case in advance of his Court appearance on May 24, 2019 at 12:30 p.m.; and (2) request, on consent of the Government, that the Court adjourn the trial date for Mr. Kukic until January 13, 2020 or a date thereafter convenient to the Court. As we discussed at the May 3, 2019 conference before Your Honor and in our March 22, 2019 letter to the Court (Dkt No. 261), Mr. Kukic is charged with Manslaughter in the Second Degree and related charges in connection with an incident that took place in 2015. Those charges are still pending in New York County and we have a firm trial date of September 3, 2019. That trial is expected to last until approximately late November/early December 2019.

      There are significant concerns that a plea in the instant case prior to the New York County trial will significantly impact Mr. Kukic's ability to defend himself in that matter. Accordingly, we respectfully request that Your Honor adjourn the trial date for Mr. Kukic until January 13, 2020 or a date thereafter convenient to the Court. In the interim, if we reach an agreement with the Government, we will promptly notify the Court. Should Your Honor grant this application, Mr. Kukic will, in person on May 24, 2019, consent to the exclusion of time from the Speedy Trial Act calculation until the trial date set by the Court.

**BRAFMAN & ASSOCIATES, P.C.**

Thank you for your courtesy in connection with this matter.

Respectfully submitted,

/s/
Ben Brafman
Marc A. Agnifilo
Joshua D. Kirshner

cc: All Counsel (via ECF)