# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

March 30, 2020

VIA ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Dilber Kukic, Crim. No. 17-404 (KAM)

Dear Judge Matsumoto:

    We represent Defendant Dilber Kukic in the above-captioned case. We just recently received Mr. Kukic's first draft of his Presentence Report ("PSR"). Because Mr. Kukic is currently housed in an upstate New York facility coupled with the all the restrictions and difficulties associated with the Covid-19 Virus, we request an additional six weeks from today, until May 11, 2020, to provide our objections to the PSR to the Probation Department. If granted, we assume this necessitates a further adjournment of Mr. Kukic's sentencing date currently scheduled for May 19, 2020. On behalf of Mr. Kukic, we consent to such an adjournment.

    We thank the Court for its courtesy in this and all other matters.

Respectfully submitted,

/s/
Joshua D. Kirshner

cc:    Counsel for the Government (via ECF)